UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRY L HEATH,<br><br>                    Plaintiff,<br><br>        v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, et al.,<br><br>                    Defendants. | CASE NO. 3:17-CV-05181-BHS-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: July 21, 2017 |

The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff Terry L. Heath, proceeding *pro se* and *in forma pauperis*, initiated this civil rights action on March 13, 2017. *See* Dkt. 1. On March 23, 2017, the Court screened Plaintiff's Complaint and found it was deficient. *See* Dkt. 6. The Court ordered Plaintiff to correct the deficiencies by June 24, 2017. *Id.* The Court warned failure to file an amended complaint or adequately address the issues identified in the Order would result in the Court recommending dismissal of this action as frivolous pursuant to 28 U.S.C. § 1915. *Id.*

1       Plaintiff has failed to comply with the Court's Order. He has not filed a response to the

2 Order or attempted to file an amended complaint. As Plaintiff has failed to respond to the Court's

3 Order and prosecute this case, the Court recommends this case be dismissed without prejudice.

4       Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil

5 Procedure, the parties shall have fourteen (14) days from service of this Report to file written

6 objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those

7 objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time

8 limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on July 21,

9 2017, as noted in the caption.

10      Dated this 6th day of July, 2017.

*[signature]*

David W. Christel
United States Magistrate Judge