UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRY L. HEATH, <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON DEPARTMENT OF CORRECTIONS, et al., <br><br> Defendants. | CASE NO. C17-5181 BHS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 7. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) This case is **DISMISSED without prejudice**.

Dated this 8th day of August, 2017.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER